UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JUAN ORTEGA, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,      21-cv-10737 (JGK)

                     Plaintiff,     ORDER

        - against -

ROYAL APPLIANCE MFG. CO.,

                     Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 8, 2022.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                         _____
                                            John G. Koeltl
                                        United States District Judge