```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JUAN ORTEGA ET AL.,

               Plaintiffs,        21-cv-10737 (JGK)

    - against -               ORDER

ROYAL APPLIANCE MFG. CO.,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 19, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           April 15, 2022

                                        John G. Koeltl
                                  United States District Judge